```
            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF OHIO
              WESTERN DIVISION AT DAYTON
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:21CR120(WHR) |
| | : |
| Plaintiff, | : |
| | : **PROTECTIVE ORDER** |
| vs. | : |
| | : |
| **BART BRANDON ELY,** | : |
| | : |
| Defendant. | : |
| | : |
| | : |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), for good cause shown, the Court hereby grants the unopposed motion of the United States for entry of a Protective Order, prescribing the manner in which defendant Bart Brandon Ely and his counsel must handle certain materials that will be produced to them in discovery – namely, documents and other records that containing personal identifying information of individuals, including, but not limited to, their names, dates of birth, social security numbers, and financial information/account numbers (collectively, "the Discovery Materials") – to as follows:

1.   Defendant and his counsel will not disclose the information contained in the Discovery Materials directly or indirectly to any person except: attorneys or investigators who are assisting in defense; individuals who the defense interviews as potential witnesses; and potential experts ("Authorized Individuals"). Upon disclosing information contained in the

Discovery Materials to an Authorized Individual, defendant and his counsel must provide the Authorized Individual with a copy of the Court's Protective Order and advise the Authorized Individual that he or she will be subject to the same obligations as imposed upon defendant's counsel by the Protective Order.

  2. Defendant and his counsel may use the Discovery Materials solely in the defense of this case and for no other purpose.

  3. At the conclusion of this case, defendant and his counsel shall return the Discovery Materials and copies, reproductions, or mirror images thereof to the United States.

  4. Defendant's counsel shall inform his client of these prescriptions placed on the Discovery Materials, and direct him not to disclose or use any information contained in the Discovery Materials in violation of the Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

10-15-21
DATE

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE